# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, MIDDLE DIVISION

| | |
|---|---|
| Michelle Lee **HELM** | ) |
| Plaintiff | ) |
| | ) Case No. **4:15-cv-01152-VEH** |
| **RAINBOW CITY, ALABAMA,** et al., | ) **\*\*Hearing Not Necessary\*** |
| Defendants | ) |

## DEFENDANTS', GREG CARROLL, JAMES FAZEKAS, TIMOTHY KIMBROUGH AND GEORGE MORRIS, MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Greg Carroll ("Carroll"), James Fazekas ("Fazekas"), Timothy Kimbrough ("Kimbrough"), and George Morris ("Morris"), which/who move this Honorable Court for final summary judgment on all claims made by the Plaintiff, Michelle Lee Helm ("Helm"). There are no disputes as to any material fact, and said Defendants are entitled to judgment as a matter of law. No hearing is necessary for this motion, but if the Court should desire oral argument, the undersigned would be honored to appear. This motion is based on the grounds and argument set forth in said Defendants' brief (Doc. 84) and the evidence filed with the Court (s*ee* Docs. 83-1 to 83-6.)

Additionally, to the extent they may be applicable and warrant granting their Motion to Summary Judgment, Carroll, Fazekas, Kimbrough and Morris adopt and

-1-

incorporate herein the other defendants' Motions for Summary Judgment and the grounds, arguments, reasoning, and case authorities supporting those Motions.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, Carroll, Fazekas, Kimbrough and Morris, respectfully request this Court to enter summary judgment in their favor on Plaintiff's claims.

Respectfully submitted,

*/s/ C. David Stubbs*
C. David Stubbs (asb-7248-u83c)
Attorney for Defendants, Greg Carroll, James Fazekas, Timothy Kimbrough, and George Morris

*OF COUNSEL:*

STUBBS, SILLS & FRYE P.C.
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
Phone: (256)835-5050
Email: david-ssf@cableone.net

Certificate of Filing and Service

I hereby certify that the following has been served a copy of the foregoing document, on the 20th day of April, 2017, by placing the same in the U.S. mail, postage prepaid and properly addressed; or, if the party being served is a registered participant in the ECF System of the United States District Court for the Northern District of Alabama, by a "Notice of Electronic Filing" pursuant to N.D. Ala. Local Rule 5.4:

**H. Gregory Harp, Esq.**
GREGORY HARP LLC
459 Main Street Ste. 101-266
Trussville, Alabama
gh@gregoryharplaw.com
Attorney for Plaintiffs

**Moses O. Stone, Esq.**
STONE LAW FIRM LLC
P O Box 461
Birmingham, AL 35201
mosesostone@gmail.com
Attorney for Plaintiffs

**Edgar Howard, Esq.**
FORD HOWARD & CORNETT, PC
P O Box 388
Gadsden, AL 35902
ed@fordhowardcornett.com
Attorney for Defendant City of Rainbow City

**Allen L. Anderson, Esq.**
**Allison B. Chandler, Esq.**
F & B LAW FIRM, PC
213 Greene Street
Huntsville, AL 35801
court@fb-pc.com
court@fb-pc.com
Attorney for Defendant Justin Gilliland

Center Stages of Etowah County, LLC
c/o Michelle Garbe, Registered Agent
206 Rescia Avenue
Rainbow City, Alabama 35906

                                            /s/ *C. David Stubbs*
                                            C. David Stubbs (asb-7248-u83c)