# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**MICHELLE LEE HELM, individually and as Guardian and next friend of T.D.H., a minor child,**

    **Plaintiffs,**

**v.**

**RAINBOW CITY, ALABAMA, et al.,**

    **Defendants.**

4:15-cv-01152-ACA

## **MEMORANDUM OPINION**

The only claim remaining in this case is Plaintiff Tiara Helm's claim for premises liability against Defendant Center Stages of Etowah County, Inc., arising from the alleged failure to control a crowd that trampled her, leading to an alleged deprivation of her constitutional rights by the other defendants. (Doc. 26 at 56–57). After trial, the jury returned a verdict in favor of the other defendants, finding that Ms. Helm did not suffer a constitutional violation. (Doc. 206). As a result, the court ordered Ms. Helm to show cause why the court should not dismiss her claim against Center Stages of Etowah County. (Doc. 202); *see Gulf Coast Fans, Inc. v. Midwest Elecs. Importers, Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984) ("[W]hen defendants are similarly situated, but not jointly liable, judgment should not be entered against a defaulting defendant if the other defendant prevails on the merits."). The deadline to

respond has passed without a response.  Accordingly, the court **WILL DISMISS** the claim against Center Stages of Etowah County.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this November 30, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE